

780 Long Beach Blvd., Long Beach, NY 11561
**Phone:** 212-256-8499
**Skype/ WeChat:** AmazonSellersLawyer
www.AmazonSellersLawyer.com

March 19, 2025

Honorable Judge Jeremy C. Daniel
United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, IL 60604

      Re:    JTLE v. Shenzhen Herofun Bio-Tech Co., LTD, Case number 25-cv-2061

Honorable Judge Daniel:

      The undersigned represents the Plaintiff in the above referenced matter.

      We respectfully request a brief extension for the hearing set tomorrow via Webex (DE 12). Our client is diligently preparing all evidence as is required in the Court's Order, DE 10, but needs a bit more time as they are gathering information from their IP attorneys, evidence files, to provide the best examples for the Court. We would respectfully request a two business day extension, if the Court would allow.

      Should the Court require any further information, or any matter it deems relevant, the parties shall remain as so Ordered.

      Respectfully submitted,

      *Leslie R. Gillis*

      Leslie R. Gillis