IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JTLE INVESTMENTS LLC (d.b.a. Hang Smart),<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN HEROFUN BIO-TECH CO., LTD, dba HEROFUN US,<br><br>Defendants. | Case No.: 1:25-cv-2061 |

## PLAINTIFF'S NOTICE OF FILING DECLARATION OF LEERON COHEN

PLEASE TAKE NOTICE that Leeron Cohen, by and through undersigned counsel, hereby submits and files the attached Declaration of Leeron Cohen.

A true and correct copy of the Declaration of Leeron Cohen is attached hereto as Exhibit A.

Dated: March 20th, 2025

By: *s/ Leslie Gillis*
(electronically signed)
Leslie R, Gillis
Rosenbaum & Segall, P.C.
780 Long Beach Blvd.,
Long Beach, NY 11561

*Attorney for Plaintiff*