# EXHIBIT A

# 1. Product Similarities and design

Same bubble membrane for nails (our unique design)

Placement of Screw Holes

Hook Lip/Ridge

Hook Design



Same bubble membrane for nails (our unique design)

Placement of Screw Holes

Hook Lip/Ridge

Hook Design



# 2.Color Guide

HANG SMART®

Three target holes that align perfectly with the HangSmart TV mount.

VESA Squares for TV sizing to align with the TV mount when mounting

Unique placement of the level in the center of the guide, depicting a level.



BenHeroFun

Copied

Copied

Copied



# 3. Box Design



Text: "Up to 150lbs" "Up to 100" TV"

Text & placement "DO IT YOURSELF! No Installer Needed"

"Included All Necessary Hardware"



Copied

Copied

Copied

# 4. Manual/Instructions

Same Layout and structure of items. Mount facing forward, mount sideways

Same Layout and structure of items. Hooks facing forward, mount sideways

Same layout and icons used for illustrations. Same layout of screws and screw sizes.

Same Layout and structure of items. Mount facing forward, mount sideways

Same Layout and structure of items. Hooks facing forward, mount sideways

Same layout and icons used for illustrations. Same layout of screws and screw sizes.



# 5.Video Animation/Visual Presentation





# 6. Customer Comments/Inquiries




# EXHIBIT B



This page is protected by DMCA.com with DMCA.com's Pro Protection Service - Protection Level 2

THIS PAGE IS PROTECTED

PROTECTION STATUS
Active

PROTECTION DURATION
239 days

- Protection level 2
- Added to database
- Account verified
- Domain ownership verified

PAGE TITLE



DIY your studless TV mounts & wire concealers with HangSmart – Hang Smar  EDIT

SITE REPORT FOR: hangsmart.com

COMPLIANCE STATUS: Confirmed

ACCOUNT STATUS
Verified

PAGE URL
https://hangsmart.com/..

PERMANENT URL
dmca.com/Protection/Status.a..

SHORTY URL
dmca.com/r/j0g97r8



LOGO

Hang Smart

SIGNATURE

Add Signature

HangSmart products allow you to mount your TV without studs, conceal wires, add surge protection, find studs, & turn your drywall saw cutter into a power tool.

Protection: This Uniform Resource Locator or URL: https://hangsmart.com/ is owned or published under permission by the owner of this channel. The audio and or video presentation is original content and or contains original content published under permission including but not limited to text, design, images, photographs, audio and video and are considered to be the Intellectual Property of the owner of this channel, whether copyrighted or not, and are protected by DMCA.com Protection Pro Service using but not limited to the Digital Millennium Copyright Act Title 17 Chapter 512 (c)(3). Reproduction or re-publication of this content is prohibited without permission. This statement and the protection service connected to it is no way a replacement of or connected to any similar statements or services provided to the content owner by this service platform.

Digital Millennium Copyright Act: Is part of US Copyright Law. It addresses penalties for copyright infringement found on the Internet. This act protects content creators by "establishing procedures for proper notification" to OSPs when copyright infringement is identified online. Online Copyright Infringement Liability Limitation Act (OCILLA), Title II is part of the DMCA as Section 512 to the Copyright Act and creates a conditional safe harbour to liability for copyright infringement by online service providers. These procedures allow proper DMCA Takedown Notices to be filed by the owner of this website or DMCA.com, as their designated agent, to an OSP in case infringed material has been detected on their servers.