## DECLARATION OF KAUSTUBH NADKARNI, ESQ.

I, Kaustubh Nadkarni hereby declares as follows:

1. I am an attorney in good standing, licensed to practice law in the State of Florida and the District of Colombia. I am also a registered patent attorney with the United States Patent and Trademark Office.
2. I am Board Certified in Intellectual Property Law and the principal of Nadkarni Law PLLC ("our firm").
3. Our firm represents numerous clients in matters involving intellectual property, including copyright registration, enforcement, and protection.
4. Our firm represents JTLE Investments LLC in connection with its copyright protection matters.
5. On or around August 23, 2024, our firm, on behalf of JTLE Investments LLC, submitted a federal copyright application with the U.S. Copyright Office for a work titled "Hang Smart Color Guide."
6. On or around January 3, 2025, the U.S. Copyright Office issued a Refusal of Registration, setting forth its reasons for rejecting the copyright application.
7. On or around March 10, 2025, in response to the Copyright Office's refusal, a First Request for Reconsideration was timely prepared and submitted by our firm on behalf of JTLE Investments LLC
8. The request for reconsideration addressed the grounds for refusal and provided additional argument and supporting materials in favor of registration of the work.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 21st day of March 2025, in Miami, FL.

**Kaustubh Nadkarni, Esq.**

Board Certified Intellectual Property Attorney
Nadkarni Law PLLC
1900 N. Bayshore Dr. Unit 1A, Suite 140
Miami, FL 33132
Email: ip@nadkarnilaw.com
Phone: (786) 300 1227